B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# Louisville DIVISION

In re  *RW Louisville Hotel Associates LLC*  
    *a Kentucky Corporation*  
      *aka Holiday Inn Hurstbourne*

Case No.  
Chapter *11*

,  
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>PAP CAR HOSPITALITY<br>1325 SOUTH HURSTBOURNE PARKWAY<br>Louisville KY  40222 | Phone:<br>PAP CAR HOSPITALITY<br>1325 SOUTH HURSTBOURNE PARKWAY<br>Louisville KY  40222 | | | $ 147,116.20 |
| 2<br>SYSCO<br>7705 NATIONAL TURNPIKE<br>Louisville KY  40214 | Phone:<br>SYSCO<br>7705 NATIONAL TURNPIKE<br>Louisville KY  40214 | | | $ 117,013.78 |
| 3<br>CRYSTAL ENTERPRISES<br>4126 STEVENS REYNOLDS BLVD<br>Norcross GA  30093 | Phone:<br>CRYSTAL ENTERPRISES<br>4126 STEVENS REYNOLDS BLVD<br>Norcross GA  30093 | | | $ 94,278.15 |
| 4<br>RIDGEWOOD HOTELS<br>1325 SOUTH HURSTBOURNE PARKWAY<br>Louisville KY  40222 | Phone:<br>RIDGEWOOD HOTELS<br>1325 SOUTH HURSTBOURNE PARKWAY<br>Louisville KY  40222 | | | $ 40,233.32 |
| 5<br>Louisville Gas & Electric | Phone:<br>Louisville Gas & Electric | | | $ 21,763.82 |

_____ ,
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Walton Signage<br>3419 East Commerce<br>San Antonio TX   78220 | Phone:<br>Walton Signage<br>3419 East Commerce<br>San Antonio TX   78220 | | | $ 18,286.05 |
| 7<br>DECA<br>1908 Association Drive<br>Reston VA   20191 | Phone:<br>DECA<br>1908 Association Drive<br>Reston VA   20191 | | | $ 12,676.70 |
| 8<br>GUEST SUPPLY<br>PO BOX 910<br>Monmouth Junctio NJ 08852-0910 | Phone:<br>GUEST SUPPLY<br>PO BOX 910<br>Monmouth Junctio NJ 08852-0910 | | | $ 10,286.80 |
| 9<br>Louisville Water Company<br>PO Box 32460<br>Louisville KY   40232-2460 | Phone:<br>Louisville Water Company<br>PO Box 32460<br>Louisville KY   40232-2460 | | | $ 10,186.71 |
| 10<br>SECURITAS SERVICES<br>PO BOX 403412<br>Atlanta GA   30384-3412 | Phone:<br>SECURITAS SERVICES<br>PO BOX 403412<br>Atlanta GA   30384-3412 | | | $ 8,336.18 |
| 11<br>PAP CAR<br>1325 SOUTH HURSTBOURNE PARKWAY<br>Louisville KY   40222 | Phone:<br>PAP CAR<br>1325 SOUTH HURSTBOURNE PARKWAY<br>Louisville KY   40222 | | | $ 7,500.00 |
| 12<br>IKON FINANCIAL SERVICES<br>PO BOX 740541<br>Atlanta GA   30374 | Phone:<br>IKON FINANCIAL SERVICES<br>PO BOX 740541<br>Atlanta GA   30374 | | | $ 4,827.71 |
| 13<br>Mattingly Foods<br>2055 Nelson Miller Parkway<br>Louisville KY   40223 | Phone:<br>Mattingly Foods<br>2055 Nelson Miller Parkway<br>Louisville KY   40223 | | | $ 4,253.65 |

_____ ,
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>A NEW LEAF<br>PO BOX 966<br>Shelbyville KY  40066 | Phone:<br>A NEW LEAF<br>PO BOX 966<br>Shelbyville KY  40066 | | | $ 3,938.07 |
| 15<br>Micros<br>PO Box 23747<br>Baltimore MD  21203 | Phone:<br>Micros<br>PO Box 23747<br>Baltimore MD  21203 | | | $ 3,887.58 |
| 16<br>HORIZON OPPORTUNITIES<br>1133 WASHINGTON STREET<br>Shelbyville KY  40066 | Phone:<br>HORIZON OPPORTUNITIES<br>1133 WASHINGTON STREET<br>Shelbyville KY  40066 | | | $ 3,801.67 |
| 17<br>Kentucky Sports Marketing<br>6407 Thornridge Drive<br>Henderson KY  42420 | Phone:<br>Kentucky Sports Marketing<br>6407 Thornridge Drive<br>Henderson KY  42420 | | | $ 3,225.00 |
| 18<br>LOUISVILLE CONVENTION VISITORS<br>410 WEST MAIN STREET<br>SUITE 2300<br>Louisville KY  40202 | Phone:<br>LOUISVILLE CONVENTION VISITORS<br>410 WEST MAIN STREET<br>SUITE 2300<br>Louisville KY  40202 | | | $ 3,210.50 |
| 19<br>Precise Services Inc<br>9011 West Manslick Road<br>Louisville KY  40272 | Phone:<br>Precise Services Inc<br>9011 West Manslick Road<br>Louisville KY  40272 | | | $ 2,653.50 |
| 20<br>The Home Depot Supply | Phone:<br>The Home Depot Supply | | | $ 2,368.42 |

**B4 (Official Form 4) (12/07)**

_____ ,
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *James J. Papovich*, *General Manager* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *10/8/2010*    Signature */s/ James J. Papovich*
                           Name: *James J. Papovich*
                           Title: *General Manager*