# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

In re *RW Louisville Hotel Associates LLC,*  
 *a Kentucky Corporation*  
 *aka Holiday Inn Hurstbourne*

Case No.  
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Lea Pauley Goff*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Paprand, LLC*<br>*1325 S. Hurstbourne Parkway*<br>*Louisville KY 40222* | *100* | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *James J. Papovich*, *General Manager* of the *corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *10/8/2010*

Signature: */s/ James J. Papovich*

Name: *James J. Papovich*

Title: *General Manager*