UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

RW LOUISVILLE HOTEL ASSOCIATES, LLC

CASE NO. 10-35356

DEBTOR

CHAPTER 11

### ORDER SCHEDULING MEDIATION

A Mediation Order having been entered herein, **IT IS HEREBY ORDERED** that this matter is set for mediation before the Honorable Tracey N. Wise, U.S. Bankruptcy Court, Eastern District of Kentucky on **August 16, 2011, 2011, at 10:00 a.m. in the U.S. Bankruptcy Courtroom, 3rd Floor, Community Trust Bank Building, 100 East Vine Street, Lexington, Kentucky. All decision making parties shall be present at the mediation.**

**IT IS FURTHER ORDERED** that each party shall deliver to the Lexington Chambers of Judge Wise but **NOT** file in the record, a position paper, along with exhibits, which describe the confirmation issues and the desired outcome, and any facts thought to be necessary to the mediation and/or settlement of this case by **4:00 p.m. on August 5, 2011.**

**COPIES TO:**

Debtor

Wells Fargo

Thomas H. Fulton
United States Bankruptcy Judge
Dated: July 15, 2011